HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

LYN N. MORRIS,

        Plaintiff,

        v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

Case No. C06-5435 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Magistrate Judge J. Kelly Arnold's Report and Recommendation to Deny Plaintiff's I.F.P. Application [Dkt. #5].

Having considered the entirety of the records and file herein, the Court rules as follows:

After the filing of the Magistrate Judge's Report and Recommendation recommending denial of plaintiff's Application to Proceed *In Forma Pauperis,* plaintiff paid the filing fee [See Dkt. #6]. Therefore, it is hereby

**ORDERED** that the Application to Proceed *In Forma Pauperis* is **DENIED**, and based upon the payment of the filing fee the Clerk is directed to process the plaintiff's complaint.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 15th day of September, 2006.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE