# United States District Court

WESTERN DISTRICT OF WASHINGTON

LYN MORRIS,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

     v.

MICHAEL J. ASTRUE,                     CASE NUMBER: C06-5435RB
Commissioner of Social Security
 Administration,

        Defendants,

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The ALJ erred in his decision as described in the report;

The matter is therefore REMANDED to the Administration for further consideration as directed in the report..

April 10, 2007                                      BRUCE RIFKIN
                                                     Clerk

                                                       /s/ Pat LeFrois
                                                       Deputy Clerk