# United States District Court

WESTERN DISTRICT OF WASHINGTON

LYN MORRIS

            Plaintiff,              JUDGMENT IN A CIVIL CASE

    v.

MICHAEL J. ASTRUE,              CASE NUMBER: C06-5435RBL(JKA)
Commissioner of Social Security
  Administration,

            Defendants,

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED

Based on the Stipulation of the parties, Plaintiff's Attorney Jeanette Laffoon is hereby awarded EAJA fees of $4,154.00, expenses in the sum of $14.64, and costs in the sum of $350.000

    April 30, 2007                                                BRUCE RIFKIN
                                                                                Clerk

                                                                            /s/ Pat LeFrois
                                                                             Deputy Clerk